**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-05436 JAK (FMOx) | Date | January 17, 2012 |
|---|---|---|---|
| Title | George Bonner v. Chrysler Group, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On January 13, 2012, plaintiff filed "Notice of Settlement" (Dkt. 17). The Court sets an Order to Show Cause re Dismissal for March 12, 2012 at 1:30 p.m. If the parties file a dismissal by March 8, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The January 23, 2012 Post Mediation Status Conference, June 4, 2012 Final Pretrial Conference, June 15, 2012 Exhibit Conference, and June 19, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
|  | Initials of Preparer | ak |