THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:      (619) 374-4100
Facsimile:       (619) 231-9040

JS - 6

Attorneys for Plaintiff GEORGE BONNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BONNER, | Case No. CV11-05436 JAK (FMOx) |
| Plaintiff, | [Action Commenced: June 30, 2011] |
| vs. | ORDER DISMISSING THE ACTION |
| CHRYSLER GROUP, LLC, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: March 12, 2012        _____
                                            Honorable John A. Kronstadt